UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALLEN SHARONOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>K. NASH, et al.,<br><br>    Defendants. | Case No.: 1:13-cv-01694-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT, DIRECTING CLERK OF COURT TO SEND PLAINTIFF BLANK CIVIL RIGHTS COMPLAINT FORM, AND DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>[ECF No. 11] |

    Plaintiff Kenneth Allen Sharonoff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    Now pending before the Court is Plaintiff's motion to file an amended complaint, filed November 15, 2013.

    Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, a responsive pleading has not been served and plaintiff has not previously amended his complaint. Therefore, Plaintiff may file an amended complaint without leave of the court.

    In addition, Plaintiff is advised that Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. As a general rule, an amended complaint

supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to file an amended complaint is GRANTED;

2. The Clerk of Court is directed to send Plaintiff a blank civil rights complaint form; and

3. Within thirty (30) days from the date of service of this order, Plaintiff may file an amended complaint.

IT IS SO ORDERED.

Dated:   **November 26, 2013**

UNITED STATES MAGISTRATE JUDGE

---

[1] Although it appears that Plaintiff has attempted to file his amended complaint within the actual motion requesting leave to file an amended complaint, because Plaintiff did not use the form complaint or receive advisement of Local Rule 220, the Court finds in the interest of justice that Plaintiff should be allowed to submit an amended complaint utilizing the form provided by this Court.