# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH ALLEN SHARONOFF, | ) | Case No.: 1:13-cv-01694-SAB (PC) |
| Plaintiff, | ) ) ) | ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS FILED NOVEMBER 21, 2013 AS MOOT |
| v. | ) ) | |
| K. NASH, et al., | ) ) | [ECF No. 12] |
| Defendants. | ) ) ) | |
| | ) | |

Plaintiff Kenneth Allen Sharonoff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 21, 2013, Plaintiff filed an application to proceed in forma pauperis, along with his prison trust account statement.  Inasmuch as Plaintiff was granted in forma pauperis status on October 22, 2013, Plaintiff's second application to proceed in forma pauperis is hereby DENIED as Moot.

IT IS SO ORDERED.

Dated:   __November 26, 2013__

_____

UNITED STATES MAGISTRATE JUDGE

1