UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALLEN SHARONOFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. NASH, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-01694-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 18] |

　　　Plaintiff Kenneth Allen Sharonoff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on November 15, 2013. Local Rule 302.

　　　Now pending before the Court is Plaintiff's motion for summary judgment and/or screening of complaint, filed February 13, 2014. Plaintiff indicates that he filed an amended complaint on February 11, 2014, and the Court has yet to screen the complaint or enter judgment in this case.

　　　Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer of employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that "fails to state a claim on which relief may be granted," or that "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B).

1

1  The Court is aware of Plaintiff's action and his amended complaint is in line for screening. However, the Court has a large number of prisoner civil rights cases pending before it and will screen Plaintiff's amended complaint in due course.  Until such time as the Court has screened Plaintiff's amended complaint, no further action is required.  Plaintiff is further advised that the filing of frivioulious motions also denies this Court the opportunity to screen complaints in due course.   Thus, Plaintiff's motion for summary judgment is premature and must be DENIED.

IT IS SO ORDERED.

Dated: **February 18, 2014**

UNITED STATES MAGISTRATE JUDGE